No. 10–7549.  SILLS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied. ▮

No. 10–7555.  ARIAS-JAVIER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied. ▮

No. 10–7556.  FAULDS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied. ▮

No. 10–7557.  SWAIN v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 10–7563.  ROMERO v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 10–7567.  GRIFFIN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–7572.  HATCHER v. DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 10–7577.  MORALES-VEGA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ▮

No. 10–7578.  GRANT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–7579.  HENDERSON v. HOUSTON, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES.  C. A. 8th Cir.  Certiorari denied.

No. 10–7581.  IZEGWIRE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied. ▮

No. 10–7582.  HENDERSON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied. ▮

No. 10–7583.  HERRON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied. ▮

No. 10–7586.  BLAKEY v. MISSOURI ET AL.  C. A. 8th Cir. Certiorari denied.

No. 10–7587.  OLMEDO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied. ▮